1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7210
7    Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No.   3 05 ~~70650~~ 70926 MAG
                                     )
13          Plaintiff,                )   [~~PROPOSED~~] ORDER AND
                                     )   STIPULATION FOR CONTINUANCE
14      v.                            )   FROM DECEMBER 16, 2005 TO
                                     )   JANUARY 5, 2006 AND EXCLUDING
15  MEHERDAD NAMIRANIAN,              )   TIME FROM THE SPEEDY TRIAL ACT
                                     )   CALCULATION (18 U.S.C. §
16          Defendant.                )   3161(h)(8)(A)) AND WAIVING TIME
                                     )   LIMITS UNDER RULE 5.1
17

18         With the agreement of the parties, and with the consent of the defendant, the Court enters

19  this order scheduling an arraignment or preliminary hearing date of January 5, 2006 at 9:30A.M.

20  before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

21  hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

22  Speedy Trial Act, 18 U.S.C. § 3161(b), from December 16, 2005 to January 5, 2006.  The parties

23  agree, and the Court finds and holds, as follows:

24      1. The defendant has been released on bond.

25      2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

26  3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

27  preparation, taking into account the exercise of due diligence.

28      3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 16, 2005 to January 5, 2006, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on January 5, 2006, at 9:30A.M., and (2) orders that the period from December 16, 2005 to January 5, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: December 15, 2005          /s/
                                  ED SWANSON
                                  Attorney for Defendant

DATED: December 15, 2005          /s/
                                  ROBERT DAVID REES
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 16, 2005          _____
                                  HON. ELIZABETH D. LAPORTE
                                  United States Magistrate Judge

GRANTED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

2